**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: LH DISTRIBUTION INC. | § | Case No. 13-11502- BLS |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

George L. Miller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $2,616,746.00 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $526,837.48 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $92,117.31 | |

3) Total gross receipts of $618,954.79 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $618,954.79 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $20,028,620.00 | $59,100,268.20 | $218.18 | $218.18 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $92,117.31 | $92,117.31 | $92,117.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $76,838.90 | $112,026.53 | $22,662.75 | $22,662.75 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,079,870.21 | $1,484,467.79 | $31,684,576.64 | $503,956.55 |
| **TOTAL DISBURSEMENTS** | $22,185,329.11 | $60,788,879.83 | $31,799,574.88 | $618,954.79 |

4) This case was originally filed under chapter 7 on 06/10/2013.  The case was pending for 79 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    01/13/2020                          By: /s/ George L. Miller
                                                    Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refunds - Pitney Bowes | 1229-000 | $95.37 |
| RECOVERY FROM CLAIMS AGAINST MPA AND D&O | 1249-000 | $592,372.60 |
| REFUNDS | 1229-000 | $214.20 |
| PREPAID EXPENSES | 1129-000 | $0.00 |
| PREFERENCES AND FRAUDULENT CONVEYANCES | 1241-000 | $13,253.28 |
| PETTY CASH | 1229-000 | $100.83 |
| Scheduled Administrative Cost Reimbursement | 1229-000 | $12,918.51 |
| **TOTAL GROSS RECEIPTS** | | **$618,954.79** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 61 | Etiquetas Y Envases Del Norte, S.A. | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 68A | De Lage Landen Financial Services | 4210-000 | $0.00 | $35,864.04 | $0.00 | $0.00 |
| 72A | M&T BANK | 4210-000 | $0.00 | $59,064,404.16 | $218.18 | $218.18 |
| 74 | M&T BANK | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 76 | M&T BANK | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 77 | M&T Bank | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 80 | M&T BANK | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| N/F | Wanxiang America Corporation | 4210-000 | $20,028,620.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$20,028,620.00** | **$59,100,268.20** | **$218.18** | **$218.18** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - George L. Miller | 2100-000 | NA | $14,275.06 | $14,275.06 | $14,275.06 |
| Accountant for Trustee, Fees - Miller Coffey Tate LLP | 3310-000 | NA | $68,141.00 | $68,141.00 | $68,141.00 |
| Accountant for Trustee, Expenses - Miller Coffey Tate LLP | 3320-000 | NA | $158.24 | $158.24 | $158.24 |
| Bond Payments - International Sureties LTD | 2300-000 | NA | $261.31 | $261.31 | $261.31 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $2,139.76 | $2,139.76 | $2,139.76 |
| Banking and Technology Service Fee - Union Bank | 2600-000 | NA | $7,140.44 | $7,140.44 | $7,140.44 |
| Other Chapter 7 Administrative Expenses - LH DISTRIBUTION, INC. | 2990-000 | NA | $1.50 | $1.50 | $1.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$92,117.31** | **$92,117.31** | **$92,117.31** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|--------------------|-----------------|-----------------|----------------|-------------|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Glen A. Andrus Jr. | 5300-000 | $902.91 | $902.21 | $0.00 | $0.00 |
| 2 | Robert Lee Bilbay | 5300-000 | $0.00 | $1,130.40 | $0.00 | $0.00 |
| 3 | Pamela A Raymond | 5300-000 | $1,597.60 | $1,597.60 | $0.00 | $0.00 |
| 4 | Jennifer L Smith | 5300-000 | $650.55 | $650.55 | $0.00 | $0.00 |
| 4-1II | Fastenal Company | 5200-000 | NA | $642.46 | $642.46 | $642.46 |
| 5 | Patricia M Martin | 5300-000 | $1,463.49 | $1,463.49 | $0.00 | $0.00 |
| 6 | Tabitha N Leone | 5300-000 | $680.79 | $680.79 | $0.00 | $0.00 |
| 7 | Adele L Powers | 5300-000 | $998.20 | $998.20 | $0.00 | $0.00 |
| 7FPI | BCE Nexxia Corporation | 5200-000 | NA | $21,771.19 | $21,771.19 | $21,771.19 |
| 9 | Justin D Geary | 5300-000 | $1,242.31 | $1,242.31 | $0.00 | $0.00 |
| 10 | Cathy M. Carson | 5300-000 | $1,018.00 | $1,018.00 | $0.00 | $0.00 |
| 11 | Donna Troy | 5300-000 | $0.00 | $608.00 | $0.00 | $0.00 |
| 12 | Wade E. Martin | 5300-000 | $300.00 | $300.00 | $0.00 | $0.00 |
| 13 | Eric S. Eisenhower | 5300-000 | $2,006.75 | $2,006.75 | $0.00 | $0.00 |
| 15 | Daniel N Frey | 5300-000 | $4,568.62 | $2,273.70 | $0.00 | $0.00 |
| 16 | Tina M. Snook | 5300-000 | $0.00 | $469.46 | $0.00 | $0.00 |
| 17 | Tina M. Snook | 5300-000 | $469.46 | $0.00 | $0.00 | $0.00 |
| 18 | Thomas R. Quinton | 5300-000 | $0.00 | $2,593.32 | $0.00 | $0.00 |

| 19 | Blanche E. Ulrich | 5300-000 | $0.00 | $2,535.36 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| 20 | Jeffery S. Snyder | 5300-000 | $1,888.53 | $936.33 | $0.00 | $0.00 |
| 21 | Harry J. Kramer | 5300-000 | $1,320.46 | $716.18 | $0.00 | $0.00 |
| 22 | Richard W. Heverly | 5300-000 | $1,168.62 | $1,168.62 | $0.00 | $0.00 |
| 23 | David G. Houdeshell | 5300-000 | $2,415.68 | $1,207.84 | $0.00 | $0.00 |
| 24 | James A. Geyer | 5300-000 | $1,992.96 | $958.36 | $0.00 | $0.00 |
| 25 | Eugene E. Falls, Jr. | 5300-000 | $1,885.10 | $915.00 | $0.00 | $0.00 |
| 27 | Craig A. Laubach | 5300-000 | $0.00 | $1,609.00 | $0.00 | $0.00 |
| 29 | Kelly L. Glozzer | 5300-000 | $0.00 | $2,458.60 | $0.00 | $0.00 |
| 30 | Halley K. Irvin | 5300-000 | $686.00 | $686.00 | $0.00 | $0.00 |
| 31 | Maria K. Kepler | 5300-000 | $0.00 | $2,263.99 | $0.00 | $0.00 |
| 32 | Gary E. Kepler | 5300-000 | $0.00 | $408.50 | $0.00 | $0.00 |
| 33 | Joshua J. Kneale | 5300-000 | $1,547.00 | $1,547.00 | $0.00 | $0.00 |
| 34 | Samantha J. Weaver | 5300-000 | $1,058.28 | $1,058.28 | $0.00 | $0.00 |
| 35 | Jeffrey G. Thompson | 5300-000 | $1,997.34 | $1,997.34 | $0.00 | $0.00 |
| 36 | Mary A. Hopfer | 5300-000 | $0.00 | $2,428.25 | $0.00 | $0.00 |
| 38 | DANIEL J. BARTHOLOMEW | 5300-000 | $2,416.87 | $2,416.87 | $0.00 | $0.00 |
| 39 | ROBIN E WIRTH | 5300-000 | $0.00 | $2,373.00 | $0.00 | $0.00 |
| 42 | Clair A Troutman | 5300-000 | $0.00 | $2,862.30 | $0.00 | $0.00 |
| 42-1FAP | Contrast Communications, LLC | 5800-000 | NA | $76.44 | $0.00 | $0.00 |
| 43 | David A Camp | 5300-000 | $0.00 | $2,379.30 | $0.00 | $0.00 |
| 44 | Sharon L. Masters | 5300-000 | $1,404.66 | $1,404.66 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | Amber M. Knopp-Rhinehart | 5300-000 | $0.00 | $2,567.95 | $0.00 | $0.00 |
| 46 | Joshua M. Rhinehart | 5300-000 | $0.00 | $2,344.65 | $0.00 | $0.00 |
| 51-1 | Manpower Inc. of Altoona | 5300-000 | $0.00 | $12,475.00 | $0.00 | $0.00 |
| 52 | Jeffery Sheaffer | 5300-000 | $0.00 | $2,287.55 | $0.00 | $0.00 |
| 53 | Fred P. Greene III | 5300-000 | $0.00 | $1,565.20 | $0.00 | $0.00 |
| 54 | Robert L Bilbay | 5300-000 | $2,256.40 | $1,126.00 | $0.00 | $0.00 |
| 56 | Timothy A. Hills | 5300-000 | $1,100.00 | $1,100.00 | $0.00 | $0.00 |
| 57 | Paul A. Bilbay | 5300-000 | $2,302.85 | $2,302.85 | $0.00 | $0.00 |
| 58 | Megan Liegey | 5300-000 | $0.00 | $724.50 | $0.00 | $0.00 |
| 59 | Internal Revenue Service | 5800-000 | $11,368.35 | $0.00 | $0.00 | $0.00 |
| 60 | David A. Crust Jr. | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 62 | Ken Shaw Lexus Toyota | 5200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 63 | Mark W. Reese | 5300-000 | $0.00 | $1,038.40 | $0.00 | $0.00 |
| 65 | Kristi M. Shuford | 5300-000 | $0.00 | $2,393.68 | $0.00 | $0.00 |
| 66 | Karl Martin | 5300-000 | $0.00 | $2,096.00 | $0.00 | $0.00 |
| 70 | JASON LEWIS | 5300-000 | $0.00 | $5,000.00 | $0.00 | $0.00 |
| 83 | Thomas E Perez, US Secretary of Lab | 5400-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 124FAP | Brownie's Signs | 5200-000 | NA | $249.10 | $249.10 | $249.10 |
| N/F | Anthony J. Buck | 5300-000 | $1,391.13 | NA | NA | NA |
| N/F | Brian M. Newman | 5300-000 | $826.76 | NA | NA | NA |
| N/F | Charlotte A. Gunsallus | 5300-000 | $700.27 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Daniel A. Smith | 5300-000 | $580.50 | NA | NA | NA |
| N/F | David D. Dorman | 5300-000 | $1,235.97 | NA | NA | NA |
| N/F | Debra K. Fultz | 5300-000 | $5,666.25 | NA | NA | NA |
| N/F | Gilbert F. Mundorff | 5300-000 | $1,174.87 | NA | NA | NA |
| N/F | Glenn P. Eckley Jr. | 5300-000 | $1,041.84 | NA | NA | NA |
| N/F | Jason D. Rote | 5300-000 | $1,084.40 | NA | NA | NA |
| N/F | John H. Heaton III | 5300-000 | $1,716.07 | NA | NA | NA |
| N/F | John P. Fye | 5300-000 | $726.80 | NA | NA | NA |
| N/F | Michael A. Tyger | 5300-000 | $705.00 | NA | NA | NA |
| N/F | Peter J. Eyer | 5300-000 | $1,441.92 | NA | NA | NA |
| N/F | Raymond W. Watkins | 5300-000 | $847.62 | NA | NA | NA |
| N/F | Robert P. Szostek | 5300-000 | $642.85 | NA | NA | NA |
| N/F | Shyril K. Caris | 5300-000 | $1,893.48 | NA | NA | NA |
| N/F | Thomas R. Brininger | 5300-000 | $827.28 | NA | NA | NA |
| N/F | Walter W. Richardson | 5300-000 | $1,628.11 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$76,838.90** | **$112,026.53** | **$22,662.75** | **$22,662.75** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4-2II | Fastenal Company | 7100-000 | $4,252.35 | $5,828.94 | $5,828.94 | $92.74 |
| 8 | JC Ehrlich Pest Control | 7100-000 | $919.38 | $928.67 | $928.67 | $14.79 |
| 14 | Rich Coast Coffee Tea | 7100-000 | $127.00 | $127.00 | $127.00 | $2.02 |
| 26 | Yorkdale Volkswagen | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | Clinton County Solid Waste Authorit | 7100-000 | $0.00 | $1,129.64 | $1,129.64 | $17.97 |
| 37 | KML Bearing USA, Inc. | 7100-000 | $0.00 | $76,653.55 | $0.00 | $0.00 |
| 40 | General Electric Capital Corporatio | 7100-000 | $623.60 | $23,579.20 | $23,579.20 | $375.14 |
| 41 | C E Containers Inc | 7100-000 | $0.00 | $179,320.72 | $179,320.72 | $2,852.98 |
| 42-2FAP | Contrast Communications, LLC | 7100-000 | NA | $1,274.00 | $1,350.44 | $21.49 |
| 47 | Recycling Equipment Corp | 7100-000 | $0.00 | $1,284.85 | $1,284.85 | $20.44 |
| 48 | International Certification Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | Haining Automann Parts Co.,Ltd | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | Palcon, LLC | 7100-000 | $0.00 | $3,179.00 | $3,179.00 | $50.58 |
| 51-2 | Manpower Inc. of Altoona | 7100-000 | $43,060.79 | $49,047.06 | $61,522.06 | $978.81 |
| 55 | Derek G. Gibson | 7100-000 | $0.00 | $275.50 | $275.50 | $4.38 |
| 64 | BEARINGS 2000 SALES CO | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 67 | John A Barrett D C | 7100-000 | $1,235.00 | $2,555.00 | $2,555.00 | $40.65 |

| 68B | De Lage Landen Financial Services | 7100-000 | $2,847.53 | $0.00 | $35,864.04 | $570.59 |
| 69 | Dell Marketing, LP | 7100-000 | $12,414.69 | $11,668.29 | $11,668.29 | $185.64 |
| 71 | M&T BANK | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 72B | M&T BANK | 7100-000 | $0.00 | $0.00 | $30,291,978.91 | $481,942.76 |
| 73 | M&T BANK | 7100-000 | $0.00 | $712,000.00 | $664,315.94 | $10,569.21 |
| 75 | M&T BANK | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 78 | M&T | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 79 | M&T BANK | 7100-000 | $0.00 | $238,128.48 | $222,180.55 | $3,534.87 |
| 81 | Geisinger Quality Options, Inc. | 7100-000 | $32,081.81 | $31,677.94 | $31,677.94 | $340.65 |
| 81 | Clerk of Court - Geisinger Quality Options, Inc. | 7100-001 | NA | NA | NA | $163.34 |
| 82 | Penske Truck Leasing Co., L.P. | 7100-000 | $3,777.84 | $7,363.61 | $7,363.61 | $117.15 |
| 84 | GE Capital | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| 87FAP | BDO Canada, LLP | 7100-000 | NA | $8,814.00 | $8,814.00 | $94.78 |
| 87FAP | Clerk of Court - BDO Canada, LLP | 7100-001 | NA | NA | NA | $45.45 |
| 141FAP | Equipment Depot, Ltd. | 7100-000 | NA | $100,255.90 | $100,255.90 | $1,595.06 |
| 170FAP | STAPLES | 7100-000 | $6,896.14 | $10,397.36 | $10,397.36 | $165.42 |
| 231FAP | Penoco, Inc. | 7200-000 | $8,945.00 | $8,945.00 | $8,945.00 | $0.00 |
| 249FAP | Equipment Depot, Ltd. | 7100-000 | $13,020.45 | $10,034.08 | $10,034.08 | $159.64 |
| N/F | Action Equipment | 7100-000 | $206.00 | NA | NA | NA |
| N/F | Advanced Fire Service | 7100-000 | $2,226.00 | NA | NA | NA |
| N/F | Bucktail Medical | 7100-000 | $86.00 | NA | NA | NA |

| | | | | | | |
|------|----------------------|----------|----------------|----|----|----|
| N/F | CDW Direct LLC | 7100-000 | $527.04 | NA | NA | NA |
| N/F | Chep USA | 7100-000 | $2,009.00 | NA | NA | NA |
| N/F | Comcast Cable | 7100-000 | $92.32 | NA | NA | NA |
| N/F | Debra Fultz | 7100-000 | $1,498.49 | NA | NA | NA |
| N/F | Dempsey Uniform | 7100-000 | $2,755.92 | NA | NA | NA |
| N/F | Denney Electric | 7100-000 | $2,372.58 | NA | NA | NA |
| N/F | Falcon LLC | 7100-000 | $3,179.00 | NA | NA | NA |
| N/F | Fenwick | 7100-000 | $91,992.00 | NA | NA | NA |
| N/F | Fidelity Paper | 7100-000 | $10,354.00 | NA | NA | NA |
| N/F | Fleetsource Leasing | 7100-000 | $1,809.47 | NA | NA | NA |
| N/F | Heller's Gas | 7100-000 | $267.30 | NA | NA | NA |
| N/F | Keystone Central | 7100-000 | $2,541.12 | NA | NA | NA |
| N/F | Keystone Scale | 7100-000 | $389.66 | NA | NA | NA |
| N/F | L.W. Peters | 7100-000 | $630.00 | NA | NA | NA |
| N/F | Lock Haven Hospital | 7100-000 | $200.00 | NA | NA | NA |
| N/F | MPA | 7100-000 | $64,236.00 | NA | NA | NA |
| N/F | MSC Industrial | 7100-000 | $889.15 | NA | NA | NA |
| N/F | PPL Electric Utilities | 7100-000 | $9,947.63 | NA | NA | NA |
| N/F | Pitney Bowes Inc. | 7100-000 | $15.96 | NA | NA | NA |
| N/F | Purchase Power | 7100-000 | $102.29 | NA | NA | NA |
| N/F | Quill Corporation | 7100-000 | $5,051.31 | NA | NA | NA |
| N/F | Rafko Enterprise | 7100-000 | $1,730,550.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Smith & Dotzel | 7100-000 | $4,700.00 | NA | NA | NA |
| N/F | Staiman Brothers | 7100-000 | $1,865.60 | NA | NA | NA |
| N/F | Travelers | 7100-000 | $3,064.95 | NA | NA | NA |
| N/F | Tyco Integrated | 7100-000 | $1,654.12 | NA | NA | NA |
| N/F | Walker's Hardware | 7100-000 | $55.08 | NA | NA | NA |
| N/F | Wayne Township | 7100-000 | $917.58 | NA | NA | NA |
| N/F | Wells Fargo Bank | 7100-000 | $3,483.06 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,079,870.21** | **$1,484,467.79** | **$31,684,576.64** | **$503,956.55** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 13-11502- BLS

**Case Name:** LH DISTRIBUTION INC.

**Trustee Name:** (280160) George L. Miller

**Date Filed (f) or Converted (c):** 06/10/2013 (f)

**§ 341(a) Meeting Date:** 07/17/2013

**For Period Ending:** 01/13/2020

**Claims Bar Date:** 10/04/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | PETTY CASH (u) | 100.83 | 100.83 | | 100.83 | FA |
| 2 | REFUNDS (u) | 214.20 | 214.20 | | 214.20 | FA |
| 3 | BANK ACCOUNT - M&T ACCT #8781 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | BANK ACCOUNT - M&T ACCT #8511 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | PREPAID INSURANCE<br>Amortized during Chapter 7 proceedings.  No recovery expected. | 2,477.00 | 0.00 | | 0.00 | FA |
| 6 | PREPAID EXPENSES<br>Amortized during Chapter 7 proceedings.  No recovery expected. | 1,822.00 | 0.00 | | 0.00 | FA |
| 7 | SECURITY DEPOSITS<br>Amortized during Chapter 7 proceedings.  No recovery expected. | 22,021.00 | 0.00 | | 0.00 | FA |
| 8 | INTERCOMPANY RECEIVABLE - FENWICK<br>No collection on Intercompany Receivable cannot be estimated. | 1,862,255.00 | 0.00 | | 0.00 | FA |
| 9 | INTERCOMPANY RECEIVABLE - INTROCAN<br>No collection on Intercompany Receivable cannot be estimated. | 522,124.00 | 0.00 | | 0.00 | FA |
| 10 | INTERCOMPANY RECEIVABLE - RAFKO ENTERPRISE<br>No collection on Intercompany Receivable cannot be estimated. | 6,424.00 | 0.00 | | 0.00 | FA |
| 11 | OFFICE EQUIPMENT | 52,018.00 | 5,000.00 | | 0.00 | FA |
| 12 | MACHINERY AND SUPPLIES | 149,427.00 | 5,000.00 | | 0.00 | FA |
| 13 | Refunds - Pitney Bowes (u) | 95.37 | 95.37 | | 95.37 | FA |
| 14 | PREFERENCES AND FRAUDULENT CONVEYANCES (u)<br>$465,409.91 = 90-day payments reported on the SOFA;<br>$466,039.91 = Transfers made during the preference period | 466,039.91 | 10,000.00 | | 13,253.28 | FA |
| 15 | RECOVERY FROM CLAIMS AGAINST MPA AND D&O (u) | 592,372.60 | 592,372.60 | | 592,372.60 | FA |
| 16 | Scheduled Administrative Cost Reimbursement (u) | 12,918.51 | 12,918.51 | | 12,918.51 | FA |
| **16** | **Assets Totals (Excluding unknown values)** | **$3,690,309.42** | **$625,701.51** | | **$618,954.79** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8

Page: 2

Case No.:   13-11502- BLS

Case Name:    LH DISTRIBUTION INC.

For Period Ending:    01/13/2020

Trustee Name:    (280160) George L. Miller

Date Filed (f) or Converted (c):    06/10/2013 (f)

§ 341(a) Meeting Date:    07/17/2013

Claims Bar Date:    10/04/2013

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  08/31/2016

**Current Projected Date Of Final Report (TFR):**    11/07/2018 (Actual)

# Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-11502- BLS |
| **Case Name:** | LH DISTRIBUTION INC. |
| **Taxpayer ID #:** | **-***9512 |
| **For Period Ending:** | 01/13/2020 |

| | |
|---|---|
| **Trustee Name:** | George L. Miller (280160) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******1768 CHECKING |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/02/13 | | LH DISTRIBUTION, INC. | PETTY CASH ON HAND DURING SITE VISIT | | 99.33 | | 99.33 |
| | {1} | LH DISTRIBUTION, INC. | PETTY CASH $100.83 | 1229-000 | | | |
| | | LH DISTRIBUTION, INC. | COST OF MONEY ORDER -$1.50 | 2990-000 | | | |
| 07/15/13 | {2} | BITTNER VENDING INC | REFUND - COMMISSION ACCOUNT | 1229-000 | 213.48 | | 312.81 |
| 10/11/13 | 600001 | FENWICK AUTOMOTIVE PRODUCTS LTD | TRANSFER OF FUNDS TO FENWICK AUTOMOTIVE PRODUCTS LTD., BKY. NO. 13-11500, FOR AMOUNTS DUE M&T BANK FOR ASSET SALE PURSUANT TO COURT ORDER DATED 09/19/13 [D.I. 88] (AMOUNTS DUE M&T BANK INCLUDED IN WIRE TRANSFER OF $126,048.37 ON 10/10/13) | 4210-000 | | 218.18 | 94.63 |
| 10/11/13 | | TRANSFER TO ACCT# XXXXXX1883 | Transfer of Funds | 9999-000 | | 94.63 | 0.00 |
| 11/06/13 | {6} | PPL ELECTRIC UTILITIES CORP | REFUND OF UTILITIES | 1129-000 | 1,125.94 | | 1,125.94 |
| 11/13/13 | 600002 {6} | FENWICK AUTOMOTIVE PRODUCTS | Deposit in LH Dist as payee. Check represents a refund of utility deposit paid thru Fenwick. | 1129-000 | -1,125.94 | | 0.00 |
| 09/09/14 | {13} | PITNEY BOWES | Refund of Credit Balance | 1229-000 | 95.37 | | 95.37 |
| 12/05/16 | {15} | Fenwick Automotive Products Limited | Allocation of the Estate Share of MPA Litigation Settlement Proceeds pursuant to Court Order dated 11/28/2016 [D.I. 372] | 1249-000 | 592,372.60 | | 592,467.97 |
| 12/05/16 | | TRANSFER FROM ACCT # XXXXXX1883 | Transfer of Funds to close account | 9999-000 | 95.35 | | 592,563.32 |
| 12/05/16 | 600003 | Miller Coffey Tate LLP | 1st Fee and Expense Application pursuant to Court Order dated 12/02/13 [D.I. 109] | | | 9,600.20 | 582,963.12 |
| | | Miller Coffey Tate LLP | Fees $9,549.50 | 3310-000 | | | |
| | | Miller Coffey Tate LLP | Expenses $50.70 | 3320-000 | | | |
| 12/05/16 | 600004 | Miller Coffey Tate LLP | 2nd Fee and Expense Application pursuant to Court Order dated 08/15/14 [D.I. 137] | | | 16,004.44 | 566,958.68 |
| | | Miller Coffey Tate LLP | Fees $15,928.00 | 3310-000 | | | |
| | | Miller Coffey Tate LLP | Expenses $76.44 | 3320-000 | | | |
| 12/05/16 | 600005 | Miller Coffey Tate LLP | 3rd Fee and Expense Application pursuant to Court Order dated 12/02/14 [D.I. 149] | | | 14,601.90 | 552,356.78 |
| | | Miller Coffey Tate LLP | Expenses $8.40 | 3320-000 | | | |
| | | Miller Coffey Tate LLP | Fees $14,593.50 | 3310-000 | | | |

Page Subtotals:    **$592,876.13**    **$40,519.35**

## Form 2

**Exhibit 9**

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-11502- BLS | |
| **Case Name:** | LH DISTRIBUTION INC. | |
| **Taxpayer ID #:** | **-***9512 | |
| **For Period Ending:** | 01/13/2020 | |

| | |
|---|---|
| **Trustee Name:** | George L. Miller (280160) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******1768 CHECKING |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/05/16 | 600006 | Miller Coffey Tate LLP | 4th Fee and Expense Application pursuant to Court Order dated 07/13/15 [D.I. 238] | | | 2,582.20 | 549,774.58 |
| | | Miller Coffey Tate LLP | Fees $2,581.50 | 3310-000 | | | |
| | | Miller Coffey Tate LLP | Expenses $0.70 | 3320-000 | | | |
| 12/05/16 | 600007 | Miller Coffey Tate LLP | 5th Fee and Expense Application pursuant to Court Order dated 11/16/15 [D.I. 280] | | | 4,968.50 | 544,806.08 |
| | | Miller Coffey Tate LLP | Expenses $3.50 | 3320-000 | | | |
| | | Miller Coffey Tate LLP | Fees $4,965.00 | 3310-000 | | | |
| 12/05/16 | 600008 | Miller Coffey Tate LLP | 6th Fee and Expense Application pursuant to Court Order dated 05/24/16 [D.I. 338] | | | 3,634.80 | 541,171.28 |
| | | Miller Coffey Tate LLP | Expenses $7.30 | 3320-000 | | | |
| | | Miller Coffey Tate LLP | Fees $3,627.50 | 3310-000 | | | |
| 12/05/16 | 600009 | Miller Coffey Tate LLP | 7th Fee and Expense Application pursuant to Court Order dated 11/28/16 [D.I 375] | | | 2,103.70 | 539,067.58 |
| | | Miller Coffey Tate LLP | Expenses $3.70 | 3320-000 | | | |
| | | Miller Coffey Tate LLP | Fees $2,100.00 | 3310-000 | | | |
| 01/12/17 | 600010 | International Sureties LTD | Blanket Bond Renewal Bond #016026389 from 01/01/17 to 01/01/18 | 2300-000 | | 261.31 | 538,806.27 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 670.18 | 538,136.09 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 800.89 | 537,335.20 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 722.35 | 536,612.85 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 798.47 | 535,814.38 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 771.61 | 535,042.77 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 796.12 | 534,246.65 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 769.39 | 533,477.26 |

Page Subtotals:           $0.00    $18,879.52

# Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-11502- BLS |
| **Case Name:** | LH DISTRIBUTION INC. |
| **Taxpayer ID #:** | **-***9512 |
| **For Period Ending:** | 01/13/2020 |

| | |
|---|---|
| **Trustee Name:** | George L. Miller (280160) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******1768 CHECKING |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 793.79 | 532,683.47 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 792.64 | 531,890.83 |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO RABOBANK | 9999-000 | | 531,890.83 | 0.00 |
| | | **COLUMN TOTALS** | | | **592,876.13** | **592,876.13** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 95.35 | 531,985.46 | |
| | | **Subtotal** | | | **592,780.78** | **60,890.67** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$592,780.78** | **$60,890.67** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

**Case No.:** 13-11502- BLS
**Case Name:** LH DISTRIBUTION INC.
**Taxpayer ID #:** **-***9512
**For Period Ending:** 01/13/2020

**Trustee Name:** George L. Miller (280160)
**Bank Name:** UNION BANK
**Account #:** ******1883 CHAPTER 7 CARVEOUT
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/11/13 | | TRANSFER FROM ACCT# XXXXXX1768 | Transfer of Funds | 9999-000 | 94.63 | | 94.63 |
| 12/23/13 | {2} | VERIZON WIRELESS DISTRIBUTION | REFUND OF OVERCHARGE OF FEES | 1229-000 | 0.72 | | 95.35 |
| 12/05/16 | | TRANSFER TO ACCT # XXXXXX1768 | Transfer of Funds to close account | 9999-000 | | 95.35 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | **95.35** | **95.35** | **$0.00** |
| Less: Bank Transfers/CDs | 94.63 | 95.35 | |
| **Subtotal** | **0.72** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.72** | **$0.00** | |

## Form 2

**Exhibit 9**

Page: 5

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 13-11502- BLS | | Trustee Name: | | George L. Miller (280160) | |
| Case Name: | LH DISTRIBUTION INC. | | Bank Name: | | UNION BANK | |
| Taxpayer ID #: | **-***9512 | | Account #: | | ******2287 PREFERENCE COLLECTIONS | |
| For Period Ending: | 01/13/2020 | | Blanket Bond (per case limit): | | $5,000,000.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/05/15 | {14} | Fastenal Company | PREF. SETT. ADV. NO. 15-50787 Funds transferred from Fenwick Automotive Products for Preference Settlement attributable to LH Distribution. In accordance with the Avoidance Action Settlement Protocol approved 07/13/15 [D.I. 239] | 1241-000 | 3,219.20 | | 3,219.20 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,204.20 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,189.20 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,174.20 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,159.20 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,144.20 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,129.20 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,114.20 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,099.20 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,084.20 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,069.20 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,054.20 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,039.20 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,024.20 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,009.20 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,994.20 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,979.20 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,964.20 |
| 04/21/17 | | Union Bank | Reversal of Bank Fees | 2600-000 | | -15.00 | 2,979.20 |

Page Subtotals:    **$3,219.20**    **$240.00**

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

# Form 2

Exhibit 9

Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 13-11502- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | LH DISTRIBUTION INC. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***9512 | Account #: | ******2287 PREFERENCE COLLECTIONS |
| For Period Ending: | 01/13/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/21/17 | | Union Bank | Reversal of Bank Fees | 2600-000 | | -15.00 | 2,994.20 |
| 04/21/17 | | Union Bank | Reversal of Bank Fees | 2600-000 | | -15.00 | 3,009.20 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,994.20 |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO RABOBANK | 9999-000 | | 2,994.20 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 3,219.20 | 3,219.20 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 2,994.20 | |
| Subtotal | | 3,219.20 | 225.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $3,219.20 | $225.00 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 7

| Case No.: | 13-11502- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | LH DISTRIBUTION INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9512 | Account #: | ******4066 Checking Account |
| For Period Ending: | 01/13/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS FROM UNION BANK | 9999-000 | 531,890.83 | | 531,890.83 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 384.67 | 531,506.16 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 768.80 | 530,737.36 |
| 12/11/17 | 700001 | Miller Coffey Tate LLP | 8th Interim fee app pursuant to Court Order dated 12/11/2017 [D.I. 422] | | | 11,537.20 | 519,200.16 |
| | | Miller Coffey Tate LLP | Fees (8th Interim) $11,535.50 | 3310-000 | | | |
| | | Miller Coffey Tate LLP | Expenses (8th Interim) $1.70 | 3320-000 | | | |
| 12/11/17 | 700002 | M&T BANK | Interim payment of claims - 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] | | | 344,668.22 | 174,531.94 |
| | | M&T BANK | Interim payment of claim #72 - 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] $334,907.84 | 7100-000 | | | |
| | | M&T BANK | Interim payment of claim #73 - 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] $7,314.16 | 7100-000 | | | |
| | | M&T BANK | Interim payment of claim #79 - 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] $2,446.22 | 7100-000 | | | |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 468.85 | 174,063.09 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 280.13 | 173,782.96 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 237.31 | 173,545.65 |
| 03/05/18 | 700003 | BCE Nexxia Corporation | Final payment of 100% pursuant to Court Order dated 12/11/17 [D.I. 421] | 5200-000 | | 21,771.19 | 151,774.46 |
| 03/05/18 | 700004 | Brownie's Signs | Final payment of 100% pursuant to Court Order dated 12/11/17 [D.I. 421] | 5200-000 | | 249.10 | 151,525.36 |
| 03/05/18 | 700005 | Fastenal Company | Final payment of 100% pursuant to Court Order dated 12/11/17 [D.I. 421] | 5200-000 | | 642.46 | 150,882.90 |
| 03/05/18 | 700006 | BDO Canada, LLP | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 94.78 | 150,788.12 |
| 03/05/18 | 700007 | C E Containers Inc | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 1,928.31 | 148,859.81 |
| 03/05/18 | 700008 | Clinton County Solid Waste Authorit | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 12.15 | 148,847.66 |
| 03/05/18 | 700009 | Contrast Communications, LLC | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] Stopped on 06/04/2018 | 7100-005 | | 14.52 | 148,833.14 |

Page Subtotals: **$531,890.83**  **$383,057.69**

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 8

| Case No.: | 13-11502- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | LH DISTRIBUTION INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9512 | Account #: | ******4066 Checking Account |
| For Period Ending: | 01/13/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/05/18 | 700010 | De Lage Landen Financial Services | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 385.66 | 148,447.48 |
| 03/05/18 | 700011 | Dell Marketing, LP | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 125.47 | 148,322.01 |
| 03/05/18 | 700012 | Equipment Depot, Ltd. | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 1,078.10 | 147,243.91 |
| 03/05/18 | 700013 | Fastenal Company | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 62.68 | 147,181.23 |
| 03/05/18 | 700014 | Geisinger Quality Options, Inc. | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 340.65 | 146,840.58 |
| 03/05/18 | 700015 | General Electric Capital Corporation | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 253.56 | 146,587.02 |
| 03/05/18 | 700016 | JC Ehrlich Pest Control | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 9.99 | 146,577.03 |
| 03/05/18 | 700017 | John A Barrett D C | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 27.48 | 146,549.55 |
| 03/05/18 | 700018 | Manpower Inc. of Altoona | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 661.90 | 145,887.65 |
| 03/05/18 | 700019 | Palcon, LLC | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 34.19 | 145,853.46 |
| 03/05/18 | 700020 | Penske Truck Leasing Co., L.P. | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 79.18 | 145,774.28 |
| 03/05/18 | 700021 | Recycling Equipment Corp | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 13.82 | 145,760.46 |
| 03/05/18 | 700022 | Rich Coast Coffee Tea | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 1.37 | 145,759.09 |
| 03/05/18 | 700023 | STAPLES | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 111.81 | 145,647.28 |
| 04/02/18 | 700024 | Fenwick Automotive Products Ltd. | Reimbursement of Trustee compensation - Interim Distribution to George L. Miller, Trustee. Payment to Fenwick Automotive from LH Distribution Inc. for Trustee Compensation allowed pursuant to Court Order dated 11/16/15 [D.I. 281], and paid from Fenwick on 01/11/16 (check #605001) | 2100-000 | | 10,866.84 | 134,780.44 |
| 04/20/18 | | To Account #******4066 | Transfer of Funds and Close Account | 9999-000 | 2,994.20 | | 137,774.64 |
| 06/04/18 | 700009 | Contrast Communications, LLC | Interim payment of 1.08% pursuant to Court Order dated 12/11/17 [D.I. 421] Stopped: check issued on 03/05/2018 | 7100-005 | | -14.52 | 137,789.16 |

Page Subtotals:    $2,994.20    $14,038.18

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 9

| Case No.: | 13-11502- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | LH DISTRIBUTION INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9512 | Account #: | ******4066 Checking Account |
| For Period Ending: | 01/13/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/30/18 | {16} | Fenwick Automotive Products Limited | Payment of Administrative Claim for administrative costs in accordance with Court Order dated 07/13/2015 [D.I. 240] | 1229-000 | 12,918.51 | | 150,707.67 |
| 09/13/18 | {14} | Fenwick Automotive Products Limited | Pref. Sett. Adv. Pro. No. 15-50786; Equipment Depot - pro rata allocation of preference collection originally deposited into Fenwick Automotive, 13-11500 | 1241-000 | 10,034.08 | | 160,741.75 |
| 08/07/19 | 700025 | George L. Miller | Distribution payment - Claim #FEE Dividend paid at 23.88% of $14,275.06 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 2100-000 | | 3,408.22 | 157,333.53 |
| 08/07/19 | 700026 | Miller Coffey Tate LLP | Combined dividend payments for Claim #MCTEXP, MCTFEE | | | 3,266.30 | 154,067.23 |
| | | Miller Coffey Tate LLP | Claims Distribution - Wed, 11-07-2018 $5.80 | 3320-000 | | | |
| | | Miller Coffey Tate LLP | Claims Distribution - Wed, 11-07-2018 $3,260.50 | 3310-000 | | | |
| 08/07/19 | 700027 | Fastenal Company | Distribution payment - Claim #4-2II Dividend paid at 0.52% of $5,828.94 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 7100-000 | | 30.06 | 154,037.17 |
| 08/07/19 | 700028 | JC Ehrlich Pest Control | Distribution payment - Claim #8 Dividend paid at 0.52% of $928.67 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 7100-000 | | 4.80 | 154,032.37 |
| 08/07/19 | 700029 | Rich Coast Coffee Tea | Distribution payment - Claim #14 Dividend paid at 0.51% of $127.00 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 7100-000 | | 0.65 | 154,031.72 |
| 08/07/19 | 700030 | Clinton County Solid Waste Authorit | Distribution payment - Claim #28 Dividend paid at 0.52% of $1,129.64 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 7100-000 | | 5.82 | 154,025.90 |
| 08/07/19 | 700031 | General Electric Capital Corporatio | Distribution payment - Claim #40 Dividend paid at 0.52% of $23,579.20 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 7100-000 | | 121.58 | 153,904.32 |
| 08/07/19 | 700032 | C E Containers Inc | Distribution payment - Claim #41 Dividend paid at 0.52% of $179,320.72 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 7100-000 | | 924.67 | 152,979.65 |
| 08/07/19 | 700033 | Contrast Communications, LLC | Distribution payment - Claim #42-2FAP Dividend paid at 1.59% of $1,350.44 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 7100-000 | | 21.49 | 152,958.16 |
| 08/07/19 | 700034 | Recycling Equipment Corp | Distribution payment - Claim #47 Dividend paid at 0.52% of $1,284.85 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 7100-000 | | 6.62 | 152,951.54 |
| 08/07/19 | 700035 | Palcon, LLC | Distribution payment - Claim #50 Dividend paid at 0.52% of $3,179.00 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 7100-000 | | 16.39 | 152,935.15 |
| 08/07/19 | 700036 | Manpower Inc. of Altoona | Distribution payment - Claim #51-2 Dividend paid at 0.52% of $61,522.06 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 7100-000 | | 316.91 | 152,618.24 |

Page Subtotals: **$22,952.59** **$8,123.51**

## Form 2

**Exhibit 9**

Page: 10

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-11502- BLS | |
| **Case Name:** | LH DISTRIBUTION INC. | |
| **Taxpayer ID #:** | **-***9512 | |
| **For Period Ending:** | 01/13/2020 | |

| | |
|---|---|
| **Trustee Name:** | George L. Miller (280160) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******4066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/07/19 | 700037 | Derek G. Gibson | Distribution payment - Claim #55 Dividend paid at 1.59% of $275.50 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 7100-000 | | 4.38 | 152,613.86 |
| 08/07/19 | 700038 | John A Barrett D C | Distribution payment - Claim #67 Dividend paid at 0.52% of $2,555.00 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 7100-000 | | 13.17 | 152,600.69 |
| 08/07/19 | 700039 | De Lage Landen Financial Services | Distribution payment - Claim #68B Dividend paid at 0.52% of $35,864.04 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 7100-000 | | 184.93 | 152,415.76 |
| 08/07/19 | 700040 | Dell Marketing, LP | Distribution payment - Claim #69 Dividend paid at 0.52% of $11,668.29 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 7100-000 | | 60.17 | 152,355.59 |
| 08/07/19 | 700041 | M&T BANK | Combined dividend payments for Claim #72B, 73, 79 | | | 151,378.62 | 976.97 |
| | | M&T BANK | Claims Distribution - Wed, 11-07-2018<br><br>$147,034.92 | 7100-000 | | | |
| | | M&T BANK | Claims Distribution - Wed, 11-07-2018<br><br>$3,255.05 | 7100-000 | | | |
| | | M&T BANK | Claims Distribution - Wed, 11-07-2018<br><br>$1,088.65 | 7100-000 | | | |
| 08/07/19 | 700042 | Geisinger Quality Options, Inc. | Distribution payment - Claim #81 Dividend paid at 0.52% of $31,677.94 pursuant to Court Order dated 07/22/2019 [D.I. 83] Stopped on 11/05/2019 | 7100-005 | | 163.34 | 813.63 |
| 08/07/19 | 700043 | Penske Truck Leasing Co., L.P. | Distribution payment - Claim #82 Dividend paid at 0.52% of $7,363.61 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 7100-000 | | 37.97 | 775.66 |
| 08/07/19 | 700044 | BDO Canada, LLP | Distribution payment - Claim #87FAP Dividend paid at 0.52% of $8,814.00 pursuant to Court Order dated 07/22/2019 [D.I. 83] Stopped on 11/05/2019 | 7100-005 | | 45.45 | 730.21 |
| 08/07/19 | 700045 | Equipment Depot, Ltd. | Distribution payment - Claim #141FAP Dividend paid at 0.52% of $100,255.90 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 7100-000 | | 516.96 | 213.25 |
| 08/07/19 | 700046 | STAPLES | Distribution payment - Claim #170FAP Dividend paid at 0.52% of $10,397.36 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 7100-000 | | 53.61 | 159.64 |
| 08/07/19 | 700047 | Equipment Depot, Ltd. | Distribution payment - Claim #249FAP Dividend paid at 1.59% of $10,034.08 pursuant to Court Order dated 07/22/2019 [D.I. 83] | 7100-000 | | 159.64 | 0.00 |
| 11/05/19 | 700042 | Geisinger Quality Options, Inc. | Distribution payment - Claim #81 Dividend paid at 0.52% of $31,677.94 pursuant to Court Order dated 07/22/2019 [D.I. 83] Stopped: check issued on 08/07/2019 | 7100-005 | | -163.34 | 163.34 |

Page Subtotals:   $0.00   $152,454.90

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 11

| | | |
|---|---|---|
| **Case No.:** | 13-11502- BLS | |
| **Case Name:** | LH DISTRIBUTION INC. | |
| **Taxpayer ID #:** | **-***9512 | |
| **For Period Ending:** | 01/13/2020 | |

| | |
|---|---|
| **Trustee Name:** | George L. Miller (280160) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******4066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/05/19 | 700044 | BDO Canada, LLP | Distribution payment - Claim #87FAP Dividend paid at 0.52% of $8,814.00 pursuant to Court Order dated 07/22/2019 [D.I. 83] Stopped: check issued on 08/07/2019 | 7100-005 | | -45.45 | 208.79 |
| 12/16/19 | 700048 | Clerk of Court | Deposit of Unclaimed Funds pursuant to Court Order dated 12/10/2019 [D.I. 88] | | | 208.79 | 0.00 |
| | | Geisinger Quality Options, Inc. | Turnover of Distribution to Claim #81 $163.34 | 7100-001 | | | |
| | | BDO Canada, LLP | Turnover of Distribution to Claim #87 $45.45 | 7100-001 | | | |

| | | | | |
|---|---|---|---|---|
| **COLUMN TOTALS** | | | 557,837.62 | 557,837.62 | $0.00 |
| Less: Bank Transfers/CDs | | | 534,885.03 | 0.00 | |
| **Subtotal** | | | **22,952.59** | **557,837.62** | |
| Less: Payments to Debtors | | | | 0.00 | |
| **NET Receipts / Disbursements** | | | **$22,952.59** | **$557,837.62** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 12

**Case No.:** 13-11502- BLS

**Case Name:** LH DISTRIBUTION INC.

**Taxpayer ID #:** **-***9512

**For Period Ending:** 01/13/2020

**Trustee Name:** George L. Miller (280160)

**Bank Name:** Mechanics Bank

**Account #:** ******4067 PREFERENCE COLLECTIONS

**Blanket Bond (per case limit):** $5,000,000.00

**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS FROM UNION BANK | 9999-000 | 2,994.20 | | 2,994.20 |
| 04/20/18 | | To Account #******4066 | Transfer of Funds and Close Account | 9999-000 | | 2,994.20 | 0.00 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **COLUMN TOTALS** | | | **2,994.20** | **2,994.20** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 2,994.20 | 2,994.20 | |
| | | **Subtotal** | | | **0.00** | **0.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$0.00** | |

## Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page:   13

| | | |
|---|---|---|
| **Case No.:** | 13-11502- BLS | |
| **Case Name:** | LH DISTRIBUTION INC. | |
| **Taxpayer ID #:** | **-***9512 | |
| **For Period Ending:** | 01/13/2020 | |

| | |
|---|---|
| **Trustee Name:** | George L. Miller (280160) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******4067 PREFERENCE COLLECTIONS |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $618,953.29 |
| Plus Gross Adjustments: | $1.50 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $618,954.79 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1768 CHECKING | $592,780.78 | $60,890.67 | $0.00 |
| ******1883 CHAPTER 7 CARVEOUT | $0.72 | $0.00 | $0.00 |
| ******2287 PREFERENCE COLLECTIONS | $3,219.20 | $225.00 | $0.00 |
| ******4066 Checking Account | $22,952.59 | $557,837.62 | $0.00 |
| ******4067 PREFERENCE COLLECTIONS | $0.00 | $0.00 | $0.00 |
| | $618,953.29 | $618,953.29 | $0.00 |